Faycal **TEMIM**, Petitioner,

v.

John **ASHCROFT**, Attorney General, Respondent.

No. 02–73654.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2004.

Decided Nov. 17, 2004.

Susan E. Hill, Law Offices of Susan E. Hill, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Office of Immigration Litigation, Nancy E. Friedman, Esq., DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, FISHER, and TALLMAN, Circuit Judges.

MEMORANDUM *

Temim appeals a Board of Immigration Appeals (BIA) decision summarily affirm-

---

* This disposition is not appropriate for publica-

tion and may not be cited to or by the courts

ing an immigration judge's (IJ) denial of his claims for asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Although we sympathize with Temim, under the relevant statutes, precedent, and standard of review, his petition must be denied.

Substantial evidence supports the denial of: (1) eligibility for asylum and withholding of removal; and (2) relief under CAT. *Njuguna v. Ashcroft,* 374 F.3d 765, 769 (9th Cir.2004); *Bellout v. Ashcroft,* 363 F.3d 975, 979 (9th Cir.2004). First, the IJ properly determined that Temim failed to establish a well-founded fear, 8 U.S.C. § 1101(a)(42)(A), or a clear probability, *Kamalthas v. INS,* 251 F.3d 1279, 1283 (9th Cir.2001), of persecution on account of race, religion, nationality, political opinion, or membership in a particular social group. Second, the IJ properly determined that Temim failed to establish that it is "more likely than not" that he will be tortured if returned to Algeria. *Kamalthas,* 251 F.3d at 1282.

The petition for review is DENIED.

* Hon. Louis H. Pollak, Senior U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.